UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Crim. No.: 11-43 (JAP)
                           :
                           :
           vs.             :
                           :
KAREEM BELL                :   DETENTION ORDER
                           :

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Kareem Bell, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Bell without bail pending trial in the above-entitled matter, and a bail review hearing having been held before the Honorable Douglas Arpert, United States Magistrate Judge, on February 24, 2011, and bail having been denied:

IT IS, therefore, on this 28th day of February, 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Bell be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(I), that defendant Bell be afforded reasonable

opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(I), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Bell shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Bell without bail pending trial is hereby granted, and defendant Bell is hereby ordered detained pending trial in the above-entitled matter, but defendant Bell shall have leave of the Court to present a suitable bail package on short notice.

_____
HONORABLE DOUGLAS ARPERT
United States Magistrate Judge