UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-43 (JAP) |
| v. | : | CONSENT ORDER FOR BAIL MODIFICATION |
| KAREEM BELL | : | |

THIS MATTER having been brought before the Court by defendant Kareem Bell (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Jacques Pierre, AUSA), consenting, for an Order modifying Mr. Bell's bail conditions; and after the parties were heard on conference call date May 20, 2010, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the bail conditions shall be modified as follows:

1. Mr. Bell, who is on 24-hour house arrest with electronic monitoring, shall be permitted to visit his infant son at the home of Sonia Lopez, located at 112 Arlington Avenue, Apartment #5, Jersey City, New Jersey, from 12 p.m. to 1 p.m. Monday through Friday.

2. Mr. Bell shall call Pretrial Services immediately when he arrives at 112 Arlington Avenue by using the land line phone (phone number (201) 918-6747)).

3. Directly after seeing his son at the home of Ms. Lopez, Mr. Bell shall go to work per the schedule that has been set by Pretrial Services.

4. All other conditions shall remain the same.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge